UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) 2:21-MJ-_____ |
| v. | ) JUDGE WYRICK |
| | ) |
| DONALD FEATHERS | ) |

**INFORMATION**

**COUNT ONE**

The United States charges that on or about May 22, 2017, within the Eastern District of Tennessee, the defendant, DONALD FEATHERS, did willfully and knowingly steal and purloin money, of a value less than $1,000, of the goods and property of the United States, in violation of 18 U.S.C. § 641.

FRANCIS M. HAMILTON, III
Acting United States Attorney

*/s/ J. Christian Lampe*
J. CHRISTIAN LAMPE
Assistant U.S. Attorney